■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PAUL URANO, Appellant.— Appeal by defendant: (1) from a judgment of the County Court, Kings County, rendered December 16, 1959, after a jury trial, convicting and sentencing him for the crime of grand larceny in the first degree; and (2) from every intermediate order made in the action. Judgment affirmed. No opinion. Appeal from intermediate orders dismissed. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment. Nolan, P. J., Beldock, Christ and Pette, JJ., concur.

## (July 20, 1960)

■ In the Matter of GAMBLE BENEDICT et al., Appellants. CITY MAGISTRATES' COURT OF THE CITY OF NEW YORK, GIRLS' TERM, Respondent.— Motion to stay the enforcement of warrants of arrest, pending appeal, and to dispense with printing denied, without costs. Nolan, P. J., Beldock, Ughetta, Christ and Brennan, JJ., concur.

■ HYLAN HOMES, INC., Respondent, v. HYLAN TERRACE, INC., Appellant.— Motion to stay an injunction granted pursuant to section 964 of the Penal Law, pending appeal to this court granted on condition that appellant be ready to argue or submit the appeal on September 7, 1960, for which day the appeal is ordered to be placed on the calendar. Motion to dispense with printing denied, without costs. The record and appellant's brief must be served and filed on or before August 22, 1960. Nolan, P. J., Beldock, Ughetta, Pette and Brennan, JJ., concur.

■ In the Matter of SARAH ANDERSON et al., Petitioners, against BOARD OF EDUCATION OF THE CITY OF NEW YORK et al., Respondents.— Motion for an order designating an Official Referee and fixing the date for hearing denied, without costs and without prejudice to an application at Special Term. Nolan, P. J., Beldock, Ughetta and Christ, JJ., concur; Pette, J., not voting.